## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JOSEPH GARROW,**

       **Plaintiff,**

v.                                                                **Case No:  5:19-cv-586-Oc-18JBT**

**COMMISSIONER OF SOCIAL
SECURITY,**

       **Defendant.**

_____

### ORDER

THIS CAUSE comes for consideration on Plaintiff Joseph Garrow's ("Plaintiff") appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for Disability Insurance Benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] On August 19, 2020, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 24), to which Plaintiff filed objections (Doc. 25) and the Commissioner filed a response (Doc. 26).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 24) to which Plaintiff objects, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 15.)

1. United States Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this _28_ day of September, 2020.

                                                    G. KENDALL SHARP
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2